IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM SPEAR,

        Plaintiff

v.

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,

        Defendant(s)

        No. C-07-0700 MMC

**ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

    Before the Court is plaintiff's Application for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue, filed February 2, 2007. The matter came on regularly for hearing February 9, 2007. Christopher W. Katzenbach and W. Kent Khtikian of Katzenbach and Khtikian appeared on behalf of plaintiff. Stephen Berzon and Peder J. V. Thoreen of Altshuler Berzon LLP appeared on behalf of defendants.

    Having considered the papers filed in support of and in opposition to the application and the arguments of counsel, the Court, for the reasons stated on the record at the hearing, hereby DENIES the application.

    **IT IS SO ORDERED.**

Dated: February 9, 2007

                        MAXINE M. CHESNEY
                        United States District Judge