United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,<br><br>    Defendants<br>_____/ | No. C-07-0700 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; VACATING WITHOUT PREJUDICE APRIL 13, 2007 HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

      Before the Court is plaintiff's application for a temporary restraining order, filed March 13, 2007.[1]

      Having considered the papers filed in support of the application, the Court finds as follows: (1) plaintiff has not shown a probability of success on the issue of the continuance of the instant receivership; (2) plaintiff has raised a serious question with respect to such issue; and (3) given that no decision has been rendered to date by defendant International Union of Bricklayers and Allied Craftworkers ("International") on the continuation of said receivership and that such decision will be rendered within the next two weeks, plaintiff has not shown the balance of hardships tips sharply in plaintiff's favor.

---

[1] On March 9, 2007, plaintiff filed evidence in support of its application and submitted a proposed order; the application itself was filed March 13, 2007.

Accordingly, the application for a temporary restraining order is hereby DENIED.

Further, given the current status of the International's decision with respect to the continuance of the instant receivership, the Court finds it appropriate to defer further briefing on plaintiff's motion for a preliminary injunction pending issuance of the International's decision.

Accordingly, the April 13, 2007 hearing on said motion is hereby VACATED, without prejudice to plaintiff's either renoticing the motion or amending and refiling the motion after the International has rendered its decision.

**IT IS SO ORDERED.**

Dated: March 13, 2007

MAXINE M. CHESNEY
United States District Judge