IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,<br><br>　　　　Defendants | No. C-07-0700 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PRELIMINARY INJUNCTION** |

　　　　Before the Court is plaintiff's application, filed March 29, 2007, for an order shortening time for hearing on plaintiff's motion for a preliminary injunction, which motion plaintiff anticipates filing on April 5, 2007. Plaintiff proposes that defendants' opposition be filed April 19, 2007, that plaintiff's reply be filed April 24, 2007, and that the matter be heard on April 27, 2007. Defendants have filed a response in which they indicate they have no opposition to plaintiff's proposed schedule.

　　　　At the outset, the Court notes that plaintiff apparently does not intend to file a self-contained new motion but, rather, to cross-reference and supplement the papers he filed in connection with his previously-filed motion for a temporary restraining order. If plaintiff so intends, plaintiff is hereby advised that he should instead file a single memorandum of points of authorities that addresses all of the issues plaintiff wishes to raise at this time,

irrespective of whether such issues have been raised in any earlier-filed document. Plaintiff may, however, cross-reference exhibits filed in support of his prior motion.

With respect to the question of shortened time, the Court finds the schedule proposed by plaintiff, and agreed to by defendants, provides insufficient time for the Court to review the parties' respective submissions prior to the hearing. Further, plaintiff has not shown that the asserted risk of irreparable injury will be increased to any significant degree if the motion is heard on a regular 35-day briefing schedule, which results in a hearing date of May 11, 2007, rather than April 27, 2007.[1]

**IT IS SO ORDERED.**

Dated: March 30, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff represents that "defense counsel has informed plaintiff's counsel that he will be out of the State from May 4 through May 22." (See Katzenbach Decl., filed March 29, 2007, ¶ 11.) Such "counsel" is unidentified, and the Court assumes the entire firm will not be unavailable during such period. Should defendants seek to move the hearing by reason of a scheduling conflict, defendants must show why they cannot proceed on May 11, 2007, with one or more other members of the firm.

2