JEFFREY B. DEMAIN (#126715)
PEDER J. V. THOREEN (#217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Defendants
International Union of Bricklayers and
Allied Craftworkers and Dave Sheppard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; and DAVE SHEPPARD in the Capacity of Receiver Over Bricklayers and Allied Craftworkers Local 3 California,<br><br>　　　　Defendants.<br>_____ | Case No. 3:07-cv-00700-MMC<br><br>**STIPULATION AND ORDER REGARDING ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITS** |

STIPULATION AND [PROPOSED] ORDER RE: ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITS,
*Spear v. IUBAC*, N.D. Cal. Case No. 3:07-cv-00700-MMC

Pursuant to Local Rules 7-11 and 7-12, the parties submit this stipulation and proposed order regarding the briefing of plaintiff's pending motion for a preliminary injunction. Due to the number of issues raised by plaintiff's motion, the parties hereby stipulate that both sides should be provided reasonable extensions of the page limits that would otherwise apply to their opposition and reply briefs. Specifically, the parties respectfully request that the Court grant defendants a ten-page extension, such that defendants may file an opposition brief of up to 35 pages of text. The parties further request the Court grant plaintiff a five-page extension, such that plaintiff may file a reply brief of up to 20 pages of text.

Respectfully submitted,

Dated: April 18, 2007

JEFFREY B. DEMAIN
PEDER J. V. THOREEN
Altshuler Berzon LLP

By:\_\_\_/s/_____
    Peder J. V. Thoreen

Attorneys for Defendants

Dated:  April 18, 2007

W. KENT KHTIKIAN
CHRISTOPHER W. KATZENBACH
Katzenbach and Khtikian, Attorneys at Law

By:\_\_\_\_/s/_____
    Christopher W. Katzenbach

Attorneys for Plaintiff

### ORDER

For good cause, the parties' request to extend page limits is GRANTED. Defendants may file a brief in opposition to plaintiff's motion for a preliminary injunction of up to 35 pages. Plaintiff may file a reply brief of up to 20 pages.

IT IS SO ORDERED.

Dated: April 23, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE