JEFFREY B. DEMAIN (#126715)
PEDER J. V. THOREEN (#217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Defendants
International Union of Bricklayers and
Allied Craftworkers and Dave Sheppard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; and DAVE SHEPPARD in the Capacity of Receiver Over Bricklayers and Allied Craftworkers Local 3 California,<br><br>        Defendants.<br>_____ | Case No. 3:07-cv-00700-MMC<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Judge: Hon. Maxine M. Chesney<br>        Courtroom 7, 19th Floor |

**STIP. REQUEST FOR ORDER RESCHEDULING CMC; [PROPOSED] ORDER**
*Spear v. IUBAC*, N.D. Cal. Case No. 3:07-cv-00700-MMC

**STIPULATED REQUEST FOR ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE**

The parties to the above-captioned action, by and through their respective counsel of record, hereby respectfully request the Court to reschedule the Case Management Conference that is currently scheduled for May 11, 2007, to May 25, 2007, or any date thereafter in May or June 2007 that is convenient for the Court, in order to permit lead counsel for defendants to attend.  Good cause for this request is set forth in the Declaration of Jeffrey B. Demain in Support of Motion For Order Continuing Case Management Conference, Docket #67.  In light of the present stipulation, defendants hereby withdraw their pending Motion For Order Continuing Case Management Conference, Docket #66.

This request is not interposed to delay the litigation.  The parties have already filed their Case Management Conference Statement.

Dated:  May 7, 2007.        Respectfully submitted,

JEFFREY B. DEMAIN
PEDER J. V. THOREEN
Altshuler Berzon LLP

By:      /s/ Peder J. V. Thoreen
               Peder J. V. Thoreen

Attorneys for Defendants International Union of Bricklayers and Allied Craftworkers and Dave Sheppard

W. KENT KHTIKIAN (SBN  99843)
CHRISTOPHER W. KATZENBACH (SBN 108006)
KATZENBACH AND KHTIKIAN
Attorneys at Law
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842
kkhtikian@kkcounsel.com
ckatzenbach@kkcounsel.com


By:/s/ Christopher W. Katzenbach(as authorized May 4, 2007)
          Christopher W. Katzenbach

Attorneys for Plaintiff Tom Spear

**STIP. REQUEST FOR ORDER RESCHEDULING CMC; [PROPOSED] ORDER**
*Spear v. IUBAC*, N.D. Cal. Case No. 3:07-cv-00700-MMC                                                                         1

1 **ORDER**

2     Good cause appearing, the currently-scheduled Case Management Conference date of May
3 11, 2007, is hereby vacated.
4     Although the parties submit that the Conference should be continued to May 25, 2007 or to
5 a date in June 2007, the Court finds that a more appropriate date to conduct the scheduling
6 conference is July 27, 2007, in light of the receivership's expiration date of July 1, 2007 and
7 plaintiff's representation that he will seek to amend to add several new claims herein.
8     Accordingly, the Case Management Conference is CONTINUED to July 27, 2007. A Joint
9 Case Management Statement shall be filed no later than July 20, 2007.

11 Dated: May 7, 2007

12                                                     _____
13                                                     UNITED STATES DISTRICT JUDGE

**STIP. REQUEST FOR ORDER RESCHEDULING CMC; [PROPOSED] ORDER**
*Spear v. IUBAC*, N.D. Cal. Case No. 3:07-cv-00700-MMC                                              2