IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,<br><br>    Defendants | No. C-07-0700 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of defendants' pending motion to dismiss, scheduled for hearing on August 10, 2007, the Case Management Conference is hereby CONTINUED from July 27, 2007 to September 28, 2007. A Joint Case Management Conference Statement shall be filed no later than September 21, 2007.

    **IT IS SO ORDERED.**

Dated: July 24, 2007

MAXINE M. CHESNEY
United States District Judge