IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SPEAR,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　／ | No. C-07-0700 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; VACATING HEARING** |

　　　　Before the Court is defendants' "Motion to Dismiss Plaintiff's Claim and Action as Moot" pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, filed July 6, 2007. Plaintiff has filed opposition, to which defendants have replied. Having considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for August 10, 2007, and rules as follows.

　　　　For the reasons stated by defendants, the sole claim set forth in plaintiff's claim, an alleged violation of Title III of the Labor Management Reporting and Disclosure Act ("LMRDA"), is moot in light of the July 2, 2007 termination of the receivership challenged herein.

//

Accordingly, defendants' motion to dismiss is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED as moot.  The dismissal is without prejudice to plaintiff's filing a separate action alleging a claim for damages under other provisions of the LMRDA.

**IT IS SO ORDERED.**

Dated:  July 30, 2007

MAXINE M. CHESNEY
United States District Judge