IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM SPEAR,

        Plaintiff,

 v.

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, et al.,

        Defendants.
_____/

No. CV-07-0700 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Defendants' motion to dismiss is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED as moot. The dismissal is without prejudice to plaintiff's filing a separate action alleging a claim for damages under other provisions of the LMRDA.

Dated: July 31, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk